UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 29 P 3: 20

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

August 28, 2000

MEMORANDUM TO COUNSEL RE:   The Original Velati's, Inc. v.
Vatore's, Inc., et al.
Civil #L-00-1928

Dear Counsel:

I thank Mr. Ball for his response to my August 2nd Order. Accordingly, counsel are to submit a written status report on or before September 21st.

Despite the informal nature of this Memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file