IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE ORIGINAL VELATI'S, INC. | : |
| Plaintiff, | : |
| v. | : Civil Action No.: L00CV1928 |
| VATORE'S, INC., TIMOTHY BEYER, and JANET BEYER, | : |
| Defendants. | : |

## ORDER

UPON CONSIDERATION of the Joint Motion for Extension of Time for defendants to file a responsive pleading, and there being no opposition to same, it is by this Court this 8TH day of September, 2000

ORDERED, that defendants file a responsive pleading to the allegations in the Amended Complaint on or by September 25, 2000.

_____
Judge

cc: Paul J. Maloney, Esquire
1301 K Street, N.W., Suite 400 East
Washington, D.C. 20005

Neil I. Levy, Esquire
John W. Ball, Jr., Esquire
700 13th Street, N.W., Suite 800
Washington, D.C. 20005

Theodore Davies, Esquire
Christopher Kellner, Esquire
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

4