## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| | : | |
| **THE ORIGINAL VELATI'S, INC.** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Civil Action No:  L00CV1928** |
| | : | |
| **VATORE'S INC., et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### ORDER

UPON CONSIDERATION of the parties Consent Motion to Extend Time for

Defendants to File a Response of Pleading, good cause being shown, it is, this _____day

of _____, 2000,

ORDERED that the said Motion be, and the same is, GRANTED and it is

FURTHER ORDRED, that Defendants  granted 30 days additional time in which to

file any responsive pleading

_____
Judge

1

Copies to:

Neil I. Levy, Esquire (#2343)
Kilpatrick Stockton LLP
700 Thirteenth Street, NW
Suite 800
Washington, DC  20005


John J. Hathway, Esq.
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, NW
Suite 400
Washington, DC  20036

Paul Maloney, Esquire
1301 K Street, NW
Suite 400, East Tower
Washington, DC  20005-3300

92126