## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE ORIGINAL VELATI'S, INC. | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No: L00CV1928 |
| VATORE'S INC., et al. | : | |
| Defendants. | : | |

## ORDER

UPON CONSIDERATION of the parties Supplemental Consent Motion to Extend

Time for Defendants to File a Responsive Pleading, good cause being shown, it is, this

27th day of October , 2000,

ORDERED that the said Motion be, and the same is, GRANTED and it is

( Until 12/2/00 )

FURTHER ORDRED, that Defendants granted 30 days additional time in which to

file any responsive pleading

_____
Judge

1

Copies to:

Neil I. Levy, Esquire (#2343)
Kilpatrick Stockton LLP
700 Thirteenth Street, NW
Suite 800
Washington, DC  20005


John J. Hathway, Esq.
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, NW
Suite 400
Washington, DC  20036

Paul Maloney, Esquire
1301 K Street, NW
Suite 400, East Tower
Washington, DC  20005-3300

93415