IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE ORIGINAL VELATI'S, INC. | : |
| Plaintiffs, | : |
| v. | : Civil Action No: L00CV1928 |
| VATORE'S INC., et al. | : |
| Defendants. | : |

### ORDER

UPON CONSIDERATION of the parties Second Supplemental Consent Motion to Extend Time for Defendants to File a Responsive Pleading, good cause being shown, it is, this _14TH_ day of _December_, 2000,

ORDERED that the said Motion be, and the same is, GRANTED and it is

FURTHER ORDRED, that Defendants granted 30 days additional time in which to file any responsive pleading

_____
Judge

1