IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE ORIGINAL VELATI'S, INC. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No: L00CV1928 |
| | : | |
| VATORE'S INC., et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

UPON CONSIDERATION of the parties Consent Motion for Further Extension of Time for Defendants to File a Responsive Pleading, good cause being shown, it is, this 5TH day of January, 2001,

ORDERED that the said Motion be, and the same is, GRANTED and it is

FURTHER ORDRED, that Defendants granted 14 days additional time from January 2, 2001 in which to file any responsive pleading

_____
Judge