IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE ORIGINAL VELATI'S, INC. | |
| Plaintiffs, | |
| v. | Civil Action No: L00CV1928 |
| VATORE'S INC., et al. | |
| Defendants. | |

## ORDER

UPON CONSIDERATION of the parties Consent Motion for Further Extension of Time for Defendants to File a Responsive Pleading, good cause being shown, it is, this 24TH day of January, 2001,

ORDERED that the said Motion be, and the same is, GRANTED and it is

FURTHER ORDRED, that Defendants granted 30 days additional time up to and including February 23, 2001 in which to file any responsive pleading

_Benson E. Legg_
Judge

If settlement papers have not been filed by February 23, 2001, a joint status report is due by Monday, February 26, 2001.

B Legg

1

Copies to:

Neil I. Levy, Esquire
Kilpatrick Stockton LLP
700 Thirteenth Street, NW
Suite 800
Washington, DC  20005


John J. Hathway, Esq.
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, NW
Suite 400
Washington, DC  20036


Paul Maloney, Esquire
1301 K Street, NW
Suite 400, East Tower
Washington, DC  20005-3300


*97084*