IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE ORIGINAL VELATI'S, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. L:00-CV-1928 |
| | ) | |
| VATORE'S INC., TIMOTHY BEYER, | ) | |
| AND JANET BEYER, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff The Original Velati's, Inc., by and through undersigned counsel, hereby voluntarily dismisses its Complaint against Defendants Vatore's Inc., Timothy Beyer, and Janet Beyer.

Respectfully submitted,

Neil I. Levy
KILPATRICK STOCKTON LLP
700 Thirteenth Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 508-5800

APPROVED THIS 6TH DAY OF February, 2001

BENSON EVERETT LEGG, U.S.D.J.

FILED ENTERED RECEIVED
FEB 07 2001
BY _____
CLERK U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
DEPUTY

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2001, a copy of the foregoing Notice of Dismissal was sent, via first-class mail, postage prepaid, to the following:

> John J. Hathway, Esquire
> Whiteford, Taylor & Preston, LLP
> 1025 Connecticut Avenue, N.W.
> Suite 400
> Washington, D.C. 20036
>
> Paul Maloney, Esquire
> 1301 K Street, N.W.
> Suite 400, East Tower
> Washington, D.C. 20005

_____
Neil I. Levy